AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_Snickern_                        DISTRICT OF _Illinois_
_John P. Kujawski_

## EXHIBIT AND WITNESS LIST

v.

_Elaine L. Chao_                  Case Number: **07-330**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| _Phil Gilbert_ | _David Elbaor_ | _Adam D. Dueselm_ |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/14-2007 | _Stephanie Benegnar_ | _K. McKergual_ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| WIT | | | | | John P. Kujawski |
| 1 | | 9/4/07 | ✓ | | Ruling Conduct |
| 5 | | 9/4/07 | ✓ | | C.V. of Plaintiff as Attorney |
| WIT | | 9/4/07 | | | Ms. Cusanelli |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages