UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN P. KUJAWSKI,

    Plaintiff,

v.

HILDA L. SOLIS, Secretary of Labor,

    Defendant.

Case No. 07-cv-330-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Counts I, II, III, IV and V are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered on Count VI in favor of defendant Hilda L. Solis, Secretary of Labor, and against plaintiff John P. Kujawski, and that Count VI is dismissed with prejudice.

**DATED: April 17, 2009**　　　　　　　　　　**JUSTINE FLANAGAN, Acting Clerk**

　　　　　　　　　　　　　　　　　　　　　　**s/Brenda K. Lowe, Deputy Clerk**


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**